DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

GREGORY SMITH,

Appellant,

v.

BAYCARE HEALTH SYSTEM, INC., a Florida Corporation,

Appellee.

No. 2D22-3439

————————————————

September 20, 2023

Appeal from the Circuit Court for Pinellas County; Cynthia Newton, Judge.

George A. Vaka and Nancy A. Lauten of Vaka Law Group, P.L., Tampa, for Appellant.

Todd A. Jennings of Macfarlane Ferguson & McMullen, Clearwater, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J. and ROTHSTEIN-YOUAKIM and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.